UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL PAUL CHILDS,

        Plaintiff,                    Case No. 1:05cv667

v.                                       Hon. Robert J. Jonker

BLAINE LAFLER,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 9, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 9, 2008, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that petitioner's habeas petition is DENIED. Rule 8, Rules Governing § 2254 Cases in the United States District Court.

                                                    /s/Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE

Dated:  June 27, 2008